# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2007

132410

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MIHAELA MILI, Personal Representative
of the Estate of Caroline Mili, Deceased,
            Plaintiff-Appellee,

v

TENDERCARE MICHIGAN, INC,
d/b/a WAYNE LIVING CENTER,
            Defendant-Appellant.

SC: 132410
COA: 265824
Wayne CC: 05-506781-NH

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2007

Clerk